**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                                            Case No.: 1:08−cr−00196
                                                                              Honorable Elaine E. Bucklo

Jose Arturo Renteria, et al.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:As to Antonio Simental, on court's own motion, Change of Plea Hearing reset for 9/22/2008 at10:30 AM. Time from this day through next change of plea date is excluded for plea negotiations and trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.